SEALED

**FILED**

DEC 13 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  ROSANNE L. RUST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Search of:          CASE NO. 2:17-SW-1062      CKD

12 INFORMATION ASSOCIATED WITH            [PROPOSED] ORDER COMMANDING GOOGLE
   rlakhani78@gmail.com THAT IS STORED    NOT TO NOTIFY ANY PERSON OF THE
13 AT PREMISES CONTROLLED BY              EXISTENCE OF WARRANT
   GOOGLE
14                                        **UNDER SEAL**

15

16

17        The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

18 the Court issue an Order commanding GOOGLE, an electronic communication service provider and/or a

19 remote computing service, not to notify any person (including the subscribers and customers of the

20 account(s) listed in the warrant) of the existence of the attached warrant for a period of 180 days from

21 the date of this Order.

22        The Court determines that there is reason to believe that notification of the existence of the

23 attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by: giving

24 targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, or

25 intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

26        IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that GOOGLE shall not disclose the

27 existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other

28 person, for 180 days from the date of this order, except that GOOGLE may disclose the attached warrant

[PROPOSED] ORDER                              1

1  to an attorney for GOOGLE for the purpose of receiving legal advice.

2        IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

3  ordered by the Court.

4

5

6  Dated:  12/13/2017

7                            The Honorable Carolyn K. Delaney
                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

2

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct.  I am employed by GOOGLE, and my official title is _____.  I am a custodian of records for GOOGLE.  I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of GOOGLE, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.     all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.     such records were kept in the ordinary course of a regularly conducted business activity of GOOGLE; and

    c.     such records were made by GOOGLE as a regular practice.

    I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.


_____       _____

Date                               Signature